# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,370,214
Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER



C.P. COMPANY S.P.A. (ITALY CORPORATION)
VIA CONFINE
RAVARINO, MODENA, ITALY

FOR: MEN'S AND WOMEN'S CLOTHING; NAMELY, SHIRTS, T-SHIRTS, BLOUSES, PANTS, TROUSERS, BERMUDA SHORTS, COATS, JACKETS, OVERCOATS, RAINCOATS, WAISTCOATS, SWEATERS, CARDIGANS, PULLOVERS, JERSEYS AND SKIRTS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 21748C/83, FILED 9-30-1983, REG. NO. 337992, DATED 11-21-1984, EXPIRES 9-30-2003.

SER. NO. 459,580, FILED 1-4-1984.

JUDITH BECKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,706,733
Registered Apr. 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STONE ISLAND

SPORTSWEAR COMPANY - S.P.A. (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR 4
BOLOGNA, ITALY

FOR: CLOTHING ARTICLES, NAMELY, OVERALLS, HOSIERY, KNIT SHIRTS, TOPS, BATHING TRUNKS, TURTLENECKS, PULLOVERS, GLOVES, CARDIGANS, JERSEYS, SWEATERS, SOCKS, STOCKINGS, TIGHTS, TROUSERS, LEGGINGS, SKIRTS, JACKETS, JERKINS, SHIRTS, VESTS, WAISTCOATS, JUMPERS, TRACK SUITS, BLOUSES, BLOUSONS, JEANS, SWEAT PANTS, GYM SUITS, KNICKERS, PANTS, SHORTS, T-SHIRTS, SWEAT-SHIRTS, SUITS AND DRESSES, OVERCOATS, ANORAKS, COATS, RAINCOATS, BELTS, LOUNGEWEAR, UNDERWEAR, BEACHWEAR, SLEEPWEAR; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1982; IN COMMERCE 3-15-1983.

OWNER OF U.S. REG. NOS. 1,367,726 AND 1,370,214.

SER. NO. 76-399,063, FILED 4-12-2002.

SONYA STEPHENS, EXAMINING ATTORNEY

Int. Cls.: **9 and 18**

Prior U.S. Cls.: **1, 2, 3, 21, 22, 23, 26, 36, 38 and 41**

**United States Patent and Trademark Office**

Reg. No. **3,496,280**
Registered **Sep. 2, 2008**

## TRADEMARK
### PRINCIPAL REGISTER



SPORTSWEAR COMPANY - S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA
ITALY

FOR: EYEGLASSES; SUNGLASSES; GOGGLES FOR SPORT; EYEGLASS CASES; RIMS FOR EYEGLASS LENSES, BEING PARTS OF EYEGLASS FRAMES; EYEGLASS LENSES; EYEGLASS FRAMES; EYEGLASS CHAINS; EYEGLASS CORDS; PINCE-NEZ; PINCE-NEZ CASES; PINCE-NEZ CHAINS; PINCE-NEZ CORDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HANDBAGS; LUGGAGE; SHOULDER BAGS; BEACH BAGS; CLUTCH BAGS; ALL PURPOSE SPORTS BAGS; ATTACHE CASES; SCHOOL BAGS; TOTE BAGS; TRAVELLING BAGS; CASES OF LEATHER OR IMITATION LEATHER; CARD CASES, BEING NOTECASES, OF LEATHER OR IMITATION LEATHER; DOCUMENT CASES, BEING FOLDERS, OF LEATHER OR IMITATION LEATHER; COSMETIC CASES SOLD EMPTY; KEYCASES; KNAPSACKS; RUCKSACKS; BRIEFCASES; PURSES; WALLETS; TRAVELLING TRUNKS; SUITCASES; UMBRELLAS; PARASOLS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 3-17-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0899955 DATED 6-1-2006, EXPIRES 6-1-2016.

THE MARK CONSISTS OF A SIGN DEPICTING THE WORDING "STONE ISLAND" IN FANCY CHARACTERS, ABOVE WHICH A FOUR-POINTED FIGURE EVOKING A WINDROSE IN PLACED.

SER. NO. 79-975,038, FILED 6-1-2006.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cls.: **3, 9, 14 and 18**

Prior U.S. Cls.: **1, 2, 3, 4, 6, 21, 22, 23, 26, 27, 28, 36, 38, 41, 50, 51 and 52**

Reg. No. **3,520,867**

## United States Patent and Trademark Office

Registered **Oct. 21, 2008**

## TRADEMARK
### PRINCIPAL REGISTER



SPORTSWEAR COMPANY S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA
ITALY

FOR: PERFUMES; TOILET WATER; PERSONAL DEODORANTS; ESSENTIAL OILS FOR PERSONAL USE; BODY LOTIONS; SHOWER GEL; BUBBLE BATH; BATH OILS; BATH PEARLS; SKIN SOAPS; SHAVING BALMS; SHAVING CREAM; AFTER-SHAVE LOTIONS; COSMETIC PENCILS; FOUNDATION MAKE-UP; FACE POWDERS; TALCUM POWDER; ROUGES; LIPSTICKS; MASCARAS; SKIN CLEANSING CREAMS; SKIN CLEANSING LOTIONS; SUN SCREEN PREPARATION; NAIL POLISH; BEAUTY MASKS; FACIAL SCRUBS; FACE CREAMS; BODY CREAMS; HAIR SHAMPOOS; HAIR SPRAYS; HAIR LOTIONS; DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES; SUNGLASSES; RIM FOR EYEGLASS LENSES, BEING PARTS OF EYEGLASS FRAMES; EYEGLASS LENSES; EYEGLASS FRAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOXES OF PRECIOUS METAL; PURSES OF PRECIOUS METAL; JEWEL CASES OF PRECIOUS METAL; ORNAMENTAL PINS; JEWELRY ARTICLES, NAMELY, BROOCHES, NECKLACES, BRACELETS, CHAINS, TIE CLIPS, RINGS, MEDALLIONS, EARRINGS, PENDANTS, DIADEMS, CUFF LINKS; WATCHES; CLOCKS; CHRONOMETERS; CLOCK CASES; WRISTWATCHES; ALARM CLOCKS; WATCH STRAPS; WATCH BANDS; WATCH CHAINS; WATCH GLASSES; WATCH SPRINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: HANDBAGS; LUGGAGE; SHOULDER BAGS; BEACH BAGS; CLUTCH BAGS; ALL PURPOSE SPORTS BAGS; ATTACHE CASES; SCHOOL BAGS; TOTE BAGS; TRAVELING BAGS; CASES OF LEATHER OR IMITATION LEATHER; CREDIT CARD CASES OF LEATHER OR IMITATION LEATHER; DOCUMENTS BRIEFCASES OF LEATHER OR IMITATION LEATHER; COSMETIC CASES SOLD EMPTY; KEYCASES; KNAPSACKS; RUCKSACKS; BRIEFCASES; PURSES; WALLETS; TRAVELING TRUNKS; SUITCASES; UMBRELLAS; PARASOLS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

OWNER OF INTERNATIONAL REGISTRATION 0510222 DATED 2-13-1987, EXPIRES 2-13-2017.

SER. NO. 79-046,183, FILED 5-21-2007.

STEPHANIE ALI, EXAMINING ATTORNEY

United States of America
United States Patent and Trademark Office



**Reg. No. 3,707,866**
**Registered Nov. 10, 2009**
**Amended July 3, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPORTSWEAR COMPANY - S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
BOLOGNA, ITALY

FOR: PULLOVERS; GLOVES; CARDIGANS; JERSEYS; NECKWEAR; SWEATERS; TROUSERS; JACKETS; JERKINS; SHIRTS, WAISTCOATS; JUMPERS; TRACK-SUITS; BLOUSONS; JEANS; SWEAT PANTS; KNICKERS; PANTS; SHORTS; T-SHIRTS; SWEAT-SHIRTS; SUITS; OVERCOATS; COATS; RAINCOATS; BELTS; SUSPENDERS; LOUN-GEWEAR; BEACHWEAR; [ FOOTWEAR;] HEADWEAR; SOCKS; STOCKINGS; TIGHTS; LEGGINGS; SKIRTS; VESTS; BLOUSES; GYM SUITS; DRESSES; UNDERWEAR; SLEEP-WEAR; HOSIERY, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001.

OWNER OF ITALY REG. NO. 1010075, DATED 6-1-2006.

OWNER OF U.S. REG. NOS. 1,370,214, 2,706,733 AND 3,449,724.

SER. NO. 77-623,568, FILED 12-1-2008.



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

United States of America
United States Patent and Trademark Office



**Reg. No. 4,500,017**
**Registered Mar. 25, 2014**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA, ITALY

FOR: BATHING SUITS; GLOVES BEING CLOTHING; CARDIGANS; JERSEYS BEING CLOTHING; SWEATERS; TROUSERS; WOOLEN TROUSERS; TRICOT TROUSERS; PADDED TROUSERS; LEGGINGS BEING TROUSERS; LEGWARMERS; SLIM PANTS; JACKETS BEING CLOTHING; HEAVY JACKETS; LIGHT-WEIGHT JACKETS; HEAVY JACKETS WITH REMOVABLE LINING; JERKINS WITH REMOVABLE LINING; SHIRTS; SPORT SHIRTS; CLOTHING FOR GYMNASTICS, NAMELY, GYM SUITS; DRESS SHIRTS; POLO SHIRTS; BABIES' UNDERSHIRTS; VESTS; WAISTCOATS; WAISTCOATS WITH REMOVABLE LINING; KNITTED WAISTCOATS; JUMPERS; TRACK SUITS; DUNGAREES; BLOUSES; JEANS; SWEAT PANTS; BOXER SHORTS; BERMUDA SHORTS; SHORTS; T-SHIRTS; SWEATSHIRTS; SUITS; WINDCHEATERS; OVERCOATS; ANORAKS; COATS; RAINCOATS; BELTS BEING CLOTHING; HATS; CAPS BEING HEADWEAR; BERETS; BANDANAS BEING NECKERCHIEFS; SUN VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 3,496,280, 4,305,496 AND OTHERS.

OWNER OF INTERNATIONAL REGISTRATION 1162207 DATED 9-13-2012, EXPIRES 9-13-2022.

THE MARK CONSISTS OF A SIGN COMPOSED OF AN ILLUSTRATION OF A FOUR-POINTED STAR, EACH POINT BEING DIVIDED INTO TWO TRIANGULAR SECTORS OF LONGITUDINAL EXTENSION SPECULAR ONE WITH THE OTHER, THIS ILLUSTRATION RESEMBLING A WIND ROSE.

SER. NO. 79-130,917, FILED 9-13-2012.

JOANNA DUKOVCIC, EXAMINING ATTORNEY

*Michelle K. Lee*
**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border:1px solid black; text-align:center">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; text-align:center">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,706,359**
**Registered Mar. 26, 2019**
**Int. Cl.: 25**
**Trademark**
**Principal Register**



Director of the United States
Patent and Trademark Office

SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.)  (ITALY JOINT STOCK COMPANY)
Galleria Cavour, 4
I-40124 Bologna, ITALY

CLASS 25: Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; blousons; sweatshirts; sweaters; ski sweaters; jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; woolen trousers; tricot trousers; padded trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; working overalls; clothing for gymnastics, namely, track suits; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; knitted dresses; tricot dresses; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; wristbands, being clothing; headbands, being clothing; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, suits, blazers; outer clothing, namely, jackets, overcoats, pants; tops, being clothing; tank-tops; knitwear, being clothing, namely, sweaters; hosiery; clothing of leather or imitations of leather, namely, jackets, overcoats; furs, being clothing; waterproof clothing, namely, jackets; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; gabardines, being clothing; slacks; tunics; school uniforms; athletic uniforms; golf clothing, other than gloves, namely, hats, polo shirts, socks, pants, windbreakers; cuffs; aprons, being clothing; smocks; bathing suits; beach cover-ups; beach clothes, namely, shorts, swim trunks; swimming costumes; swimsuits; bathing drawers as clothing; bathing trunks; bath robes; pareus; sarongs; babies' pants, being clothing; baby sleepwear; socks; stockings; tights; sports socks; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; clogs; galoshes; gaiters; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; foulards, being clothing articles; neckties; bow-ties; ascots; neckerchiefs; neck warmers being clothing; gloves, being clothing; muffs, being clothing; mittens; ski gloves; snowboard gloves; belts, being clothing; waistbands, being parts of clothing; money belts, being clothing; sashes for wear; boas, being necklets; collars, being clothing; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; vests; caps, being headwear; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing; visors, being headwear

The mark consists of a rectangular horizontal figure with a dashed-line perimeter, containing two identical concentric circular designs positioned respectively at the left and right end of the aforementioned figure and side by side. Each circular design has the wording "STONE ISLAND" in stylized characters in a circular direction and with each word located

respectively in the upper and lower part of the circle. In each circle, in between the "STONE" at the top and "ISLAND" at the bottom are two four pointed stars in each circle. The innermost circle has a stylized cross design at the center.

OWNER OF INTERNATIONAL REGISTRATION 1421513 DATED 01-24-2018, EXPIRES 01-24-2028

SER. NO. 79-240,180, FILED 01-24-2018

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,958,392**

**Registered Jan. 14, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.)  (ITALY JOINT STOCK COMPANY)
Galleria Cavour, 4
I-40124 Bologna
ITALY

CLASS 18: Luggage; shoulder bags; beach bags; all purpose sports bags; attaché cases; school bags; tote bags; traveling bags; cases of leather or imitation leather; credit card cases of leather or imitation leather; document briefcases of leather or imitation leather; key cases; knapsacks; rucksacks; briefcases; wallets; suitcases

CLASS 25: Beachwear; jeans; pullovers; cardigans, jerseys; sweaters; jackets, being clothing; shirts; waistcoats; jumpers; track suits; blousons; pants; T-shirts; sweat shirts; overcoats; coats; anoraks; raincoats; trousers; sweat pants; shorts, loungewear; vests; belts being clothing; knickers; neckwear; socks; blouses; gym suits; suits and dresses; underwear; footwear; headwear

The mark consists of a sign constituted by a substantially rectangular figure extended horizontally, containing two identical circular crowns positioned respectively in the left and right ends of the aforementioned figure and flanking each other, each crown having impressed on it the wording "STONE ISLAND" in fancy characters with a generally circular progression and with each word located respectively in the upper and lower portion of each crown, between said verbal expressions there being interposed, to the left and right of the internal space of the crown, two small highly stylized compass rose figures, the innermost circle of each crown having a cruciform figure inserted at the center, the aforementioned crowns partially overlapping on two small rectangular figures extended horizontally with the respective ends protruding from each crown at right and left so as to evoke a buttonhole with button.

PRIORITY DATE OF 01-16-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1478344 DATED 04-05-2019, EXPIRES 04-05-2029

SER. NO. 79-263,541, FILED 04-05-2019

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.